Case 1:09-cv-00642-WS-B Document 55-15 Filed 11/09/10 Page 1 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CERES ENVIRONMENTAL SERVICES, INC. | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 1:09-cv-00642 |
| COLONEL MCCRARY TRUCKING, LLC. | ) | |
| | ) | |
| DEFENDANT. | ) | |

AFFIDAVIT OF STEVEN M. JOHNSON

Before the undersigned officer duly authorized to execute oaths, appeared one Steven M. Johnson, who to the undersigned well known, did hereby state and depose as follows under oath:

1. The Facts stated in this Affidavit are true and correct to the best of my knowledge and belief.
2. I am over the age of 18 years and am otherwise competent to give this Affidavit.
3. I am a corporate officer of Ceres Environmental Services, Inc. ("Ceres") holding the position of Secretary of the Company responsible for overseeing the documentation of the Company's business affairs. I am currently employed by Ceres as its Business Manager. I've worked for Ceres since 1984. I have supervisory authority over the persons in our firm responsible for maintaining and safeguarding the records included as exhibits to this affidavit in support of Ceres's Combined Brief in Opposition to Colonel McCrary Trucking, LLC's Motion for Summary Judgment and Brief in support of Ceres's Cross Motion for Summary Judgment. Ceres maintains these records in the ordinary course of business. The records included herein as exhibits are true and correct copies of the documents maintained by Ceres.
4. I oversee the Company's creation and maintenance of financial records related to Ceres's performance under Contract No. W912P8-05-D-0024 ("Contract") for the United States



EXHIBIT
tabbles
A

EXHIBIT 65

00941

Army Corps of Engineers ("Corps"). The Contract required debris removal and disposal for the State of Louisiana (including Jefferson Parish) for the debris generated by Hurricanes Katrina and Rita.

5. Included in that responsibility is the maintenance of billing records and payment of all attorneys' fees, consultants' fees, and other costs of litigation related to the lawsuit filed against Ceres, captioned David Stewart, et al. v. Joe Edward Johnson, et al., CV-2007-9000950, in the Circuit Court of Mobile County, Alabama ("Stewart lawsuit").

6. Based on the records Ceres maintains in the ordinary course of business, true and accurate copies of which are included with this Affidavit, the total amount of attorneys' fees, consultants' fees, and other costs of litigation Ceres has incurred in defending the Stewart lawsuit is $1,680,656.22 plus interest.

FURTHER AFFIANT SAYETH NAUGHT,

Steven M. Johnson

Sworn to and subscribed before me
this 30 day of April 2010.

Notary Public

My Commission Expires: 1-31-11

COLLEEN R. TONKINSON
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2011

Sprinkle/ Stewart (CMT) Matter
as of 1.11.10

Sprinkle Matter

| | 2008 | 2009 | Total |
|---|---|---|---|
| Dr. Michael Talbart Barnhill | $ - | $ 1,000.00 | $ 1,000.00 |
| Birmingham Court Reporting | $ 792.45 | $ 417.90 | $ 1,210.35 |
| Bowron, Latta, & Wadsen, PC | $ 3,917.35 | $ - | $ 3,917.35 |
| Burr & Forman | $ 110,045.13 | $ 162,997.91 | $ 273,043.04 |
| Catalina M Arata, PHD | $ - | $ 65.00 | $ 65.00 |
| Chaffe McCall LLP | $ - | $ 187.50 | $ 187.50 |
| Complete Rehabilitation Service | $ - | $ 1,432.37 | $ 1,432.37 |
| Emmanuel Sheppard Condon | $ - | $ - | $ - |
| Freedom Court Reporting | $ - | $ 3,164.29 | $ 3,164.29 |
| KCUFA | $ 58.50 | $ 1,148.45 | $ 1,206.95 |
| HealthPort | $ - | $ 296.00 | $ 296.00 |
| Legalink, Inc. | $ 2,712.70 | $ 5,069.40 | $ 7,782.10 |
| Prolegal Copies | $ 710.50 | $ 428.72 | $ 1,139.22 |
| Ralph C Nash | $ - | $ 2,040.00 | $ 2,040.00 |
| Riley Kiraly | $ 122,706.90 | $ 240,209.18 | $ 362,916.08 |
| Smith Pachter McWhorter, PLC | $ - | $ 26,692.72 | $ 26,692.72 |
| TDL Court Reporting | $ 418.10 | $ - | $ 418.10 |
| Smith Currie Hancock | $ 271,012.72 | $ 660,461.73 | $ 931,474.45 |
| | $ 512,374.35 | $ 1,105,611.17 | $ 1,617,985.52 |

Sprinkle Florida Action Matter

| | 2008 | 2009 | Total |
|---|---|---|---|
| Smith Currie Hancock | $ - | $ 23,155.00 | $ 23,155.00 |
| Emmanuel Sheppard Condon | $ - | $ 15,175.94 | $ 15,175.94 |
| | | $ 38,330.94 | $ 38,330.94 |

Invoices on Smith Currie Cost sheet that we have not received as of 1.11.10

Case 1:09-cv-00642-WS-B Document 55-15 Filed 11/09/10 Page 4 of 9

| | 2008 | 2009 | Total |
|---|---|---|---|
| Mediator Fee | $ - | $ 3,622.67 | $ 3,622.67 |
| Guardian Ad Litem Fee | $ - | $ 12,500.00 | $ 12,500.00 |
| | | $ 16,122.67 | $ 16,122.67 |

| | |
|---|---|
| TOTAL all categories | $ 1,672,439.13 |

| Date | Reference | Trans Description | Debit Amt | Subtotal |
|---|---|---|---|---|
| 12/16/08 | 281064 | Birmingham Reporting Service - Nov. 08 Legal- Sprinkle/ Stewart ( Depo of Dorothy Sims) | 601.20 | |
| 10/8/08 | 280082 | Birmingham Reporting Service - September 08 Legal- Sprinkle/ Stewart (CMT) Depo of Tim Parker | 281.25 | 782.45 |
| 2/18/08 | 34654 | Bowron, Latta, & Wasden, P. C. - Jan. 08 Legal - Sprinkle (CMT) | 3,917.55 | 3,917.35 |
| 5/28/08 | 465505 | Burr & Forman LLP - April 08 Legal Fees - Sprinkle / Colonel McCrory Trucking | 28,538.63 | |
| 9/29/08 | 482671 | Burr & Forman LLP - August 08 Legal- Sprinkle/ Stewart (CMT) | 10,088.44 | |
| 3/31/08 | 458519 | Burr & Forman LLP - Feb. '08 Legal- Sprinkle vs. Ceres (CMT, WTS) | 7,155.57 | |
| 8/27/08 | 477849 | Burr & Forman LLP - July 08' Legal- Sprinkle/ Stewart (CMT) | 2,271.27 | |
| 7/18/08 | 473248 | Burr & Forman LLP - June 08 Legal- Sprinkle - Stewart | 758.38 | |
| 4/16/08 | 461650 | Burr & Forman LLP - March 08 Legal - Sprinkle | 10,496.34 | |
| 6/17/08 | 469779 | Burr & Forman LLP - May 08 Legal - Sprinkle (CMT) | 20,083.88 | |
| 12/10/08 | 493114 | Burr & Forman LLP - Nov. 08 Legal- Sprinkel/ Stewart | 2,846.20 | |
| 11/14/08 | 489169 | Burr & Forman LLP - October 08 Legal- Sprinkle vs. Ceres (CMT) | 11,377.67 | |
| 10/15/08 | 485182 | Burr & Forman LLP - September 08 Legal- Sprinkle/ Stewart (CMT) | 16,621.74 | 110,045.13 |
| 11/9/08 | 11083062 | Legalink, Inc. - Nov. 08 Legal- Sprinkle/ Stewart (Depo of Denise Auguilard) | 777.85 | |
| 10/21/08 | 11062812 | Legalink, Inc. - October 08 Legal- Sprinkle/ Stewart (CMT) Depo of J. U. | 599.55 | |
| 10/8/08 | 11062870 | Legalink, Inc. - September 08 Legal- Sprinkle/ Stewart (CMT) Depo of Dennis Young and Allen Worley | 1,335.30 | 2,712.70 |
| 8/9/08 | 84834 | Prolegal Copies - September 08 Legal- Sprinkle/ Stewart (CMT) - Copies | 710.50 | 710.50 |
| 5/12/08 | 11899 | Riley Kiraly - April 08 Legal - Sprinkle PI research | 13,796.72 | |
| 9/5/08 | 12004 | Riley Kiraly - August 08 Legal - Sprinkle | 1,547.02 | |
| 3/6/08 | 11845 | Riley Kiraly - Feb. 08 Legal- Sprinkle Investigation | 31,883.25 | |
| 2/7/08 | 11831 | Riley Kiraly - Jan. 08 Legal- Sprinkle Investigation | 18,239.09 | |
| 4/11/08 | 11869 | Riley Kiraly - March 08 Legal - P. I. Sprinkle (CMT) | 20,111.77 | |
| 6/3/08 | 11928 | Riley Kiraly - May 2008 Legal - Sprinkle vs. Ceres (RD Construction) | 33,072.36 | |
| 7/18/08 | 11954 | Riley Kiraly - June-July 08 Legal - Sprinkle/ Stewart | 240.75 | |
| 11/19/08 | 12078 | Riley Kiraly - October 08 Legal- Sprinkle/ Stewart | 631.30 | |
| 10/15/08 | 12029 | Riley Kiraly - September 08 Legal- Sprinkle/ Stewart (CMT) PI Services | 3,204.62 | 122,706.00 |
| 4/30/08 | 278892 | Smith, Currie & Hancock, LLP - April 08 Legal - Sprinkle (CMT) | 69,276.50 | |
| 8/31/08 | 279269 | Smith, Currie & Hancock, LLP - August 08 Legal- Sprinkle Stewart (CMT) | 17,988.00 | |
| 2/29/08 | 275536 | Smith, Currie & Hancock, LLP - Feb. 08 Legal- Sprinkle- Stewart Lawsuit | 37,248.50 | |
| 1/31/08 | 274855 | Smith, Currie & Hancock, LLP - Jan. 08 Legal- Sprinkle - Stewart Lawsuit | 25,862.00 | |
| 7/31/08 | 278499 | Smith, Currie & Hancock, LLP - July 08 Legal- Sprinkle Stewart (CMT) | 5,762.50 | |
| 6/30/08 | 278045 | Smith, Currie & Hancock, LLP - June 08 Legal - Sprinkle/ Stewart (CMT/ Worley) | 1,211.69 | |
| 3/31/08 | 276057 | Smith, Currie & Hancock, LLP - March 08 Legal - Sprinkle Stewart (CMT/ Worley Tree) | 71,869.44 | |
| 5/31/08 | 277398 | Smith, Currie & Hancock, LLP - May 08 Legal - Sprinkle- Stewart (CMT) | 24,330.66 | |
| 10/31/08 | 280686 | Smith, Currie & Hancock, LLP - October 08 Legal- Sprinkle/ Stewart (CMT) | 12,357.66 | |
| 9/30/08 | 279801 | Smith, Currie & Hancock, LLP - September 08 Legal- Sprinkle/Stewart (CMT) | 5,129.39 | 271,012.72 |
| 12/20/08 | 931483 | TDL Court Reporting, Inc. - Dec. 08 Legal- Sprinkle/ Stewart (Depo of Jim Cagle) | 418.10 | 418.10 |
| 5/30/08 | LE9 | KCUFA Consulting, LLC - April 08 Legal- Sprinkle / Stewart | 59.50 | 88.50 |
| | | Total | | 612,374.35 |

| Date | Reference | Trans Description | Debit Amt | Subtotal |
|---|---|---|---|---|
| 8/23/09 | 11036 | Matthew Talbot Barnhill - Retainer | 1000.00 | 1000.00 |
| 1/12/09 | 496293 | Burr & Forman LLP - Dec. 08 Legal- Sprinkle/ Stewart (CMT) | 3,336.97 | |
| 2/12/09 | 501373 | Burr & Forman LLP - Jan. 09 Legal- Sprinkle/ Stewart (CMT) | 5,169.80 | |
| 3/23/09 | 505724 | Burr & Forman LLP - Feb 09 Legal- Stewart / Sprinkle (CMT) | 4,389.10 | |
| 4/16/09 | 510214 | Burr & Forman LLP - March 09 Legal- Sprinkle/ Stewart (CMT) | 17,011.79 | |
| 5/19/09 | 515805 | Burr & Forman LLP - April 09 Legal- Sprinkle/ Stewart | 25,198.97 | |
| 6/11/09 | 518813 | Burr & Forman LLP - May 09 Legal- Sprinkle/ Stewart (CMT) | 1,616.90 | |
| 7/13/09 | 523268 | Burr & Forman LLP - June 09 Legal- Sprinkle/ Stewart | 2,593.70 | |
| 8/17/09 | 527814 | Burr & Forman LLP - July 09 Legal- Sprinkle/ Stewart | 9,787.29 | |
| 9/11/09 | 532550 | Burr & Forman LLP - Aug. 09 Legal- Sprinkle/ Stewart | 54,787.39 | |
| 10/13/09 | 537490 | Burr & Forman LLP - Oct 09 Legal- Stewart/ Sprinkle | 36,962.58 | |
| 11/11/09 | 542114 | Burr & Forman LLP - Oct. 09 Legal- Sprinkle/ Stewart | 1,459.64 | |
| 12/9/09 | 547681 | Burr & Forman LLP - Nov. 09 Legal- Sprinkle/Stewart | 807.48 | 162,997.91 |
| 4/16/09 | 37659 | Freedom Court Reporting, Inc. - April 09 Legal- Depo of David McIntyre | 430.70 | |
| 5/8/09 | 39378 | Freedom Court Reporting, Inc. - April 09 Legal- Sprinkle/ Stewart (Transcript of Michael W Thompson, Allen Capps Sr., Charlene Shoemaker, Allen Capps Jr.) | 700.71 | |
| 8/26/09 | 48926 | Freedom Court Reporting, Inc. - Aug. 09 Legal- Sprinkle/ Stewart (Dr. Jorge Villalba Transcript) | 453.40 | |
| 8/20/09 | 48173 | Freedom Court Reporting, Inc. - Aug. 09 Legal- Sprinkle/ Stewart (Dr. Jorge Villalbal DVD Transcript) | 140.00 | |
| 7/30/09 | 46521 | Freedom Court Reporting, Inc. - July 09 Legal- Sprinkle/ Stewart | 350.50 | |
| 9/8/09 | 49772 | Freedom Court Reporting, Inc. - Sept 09 Legal- Sprinkle/ Stewart (Dr. Tobi Gilbert Transcript) | 395.95 | |
| 9/10/09 | 49808 | Freedom Court Reporting, Inc. - Sept. 09 Legal- Sprinkle/ Stewart ( Sam Johnson, John Sims Transcript) | 656.03 | |
| 11/2/09 | 49872 | Freedom Court Reporting, Inc. - Nov. 09 Legal- Stewart/ Sprinkle Dr. Jorge Villalba | 36.00 | 3,164.29 |
| 4/30/09 | 11065227 | Legalink, Inc. - April 09 Legal- Sprinkle/ Stewart (Oliver G Wood Jr. Depo ) | 320.30 | |
| 4/30/09 | 11065280 | Legalink, Inc. - April 09 Legal- Sprinkle/ Stewart (Oliver Wood Jr. Video) | 700.00 | |
| 4/29/09 | 11065246 | Legalink, Inc. - April 09 Legal- Sprinkle/ Stewart (Copy of Steven Schooher Transcript) | 2,347.36 | |
| 4/22/09 | 11065077 | LegaLink, Inc. - April 09 LEGAL- Stewart/ Sprinkle- Copy of transcript for Charles Vander Kolk | 474.80 | |
| 5/12/09 | 11065367 | Legalink, Inc. - May 09 Legal- Sprinkle/ Stewart (Copy of Debra Berens Transcript) | 904.05 | |
| 9/17/09 | 11066970 | Legalink, Inc. - Sept. 09 Legal- Sprinkle/ Stewart (Melissa McIntyre Transcript) | 322.90 | 5,069.40 |
| 1/19/09 | 12121 | Riley Kiraly - Jan. 09 Legal- Sprinkle/ Stewart | 5,183.74 | |
| 2/3/09 | 12155 | Riley Kiraly - Jan. 09 Legal- Sprinkle / Stewart Services | 1,936.10 | |
| 3/9/09 | 12163 | Riley Kiraly - Feb. 09 Legal- Sprinkle/ Stewart (CMT) | 1,563.27 | |
| 5/15/09 | 12222 | Riley Kiraly - April 09 Legal- Sprinkle/ Stewart | 2,074.73 | |

| | | | | |
|---|---|---|---|---|
| 8/10/09 | 12249 | Riley Kiraly - May Legal 09- Sprinkle/ Stewart | 21,759.01 | |
| 7/7/09 | 12277 | Riley Kiraly - June 09 Legal- Sprinkle/ Stewart | 29,976.90 | |
| 8/6/09 | 12300 | Riley Kiraly - July 09 Legal- Sprinkle/ Stewart | 56,863.48 | |
| 9/24/09 | 12322 | Riley Kiraly - Aug-Sept. 09 Legal- Sprinkle/ Stewart | 120,669.23 | |
| 10/29/09 | 12338 | Riley Kiraly - Sept. - Oct. 09 Legal- Sprinkle/ Stewart/Morris | 7,565.41 | |
| | | Credit to recapture finance charges | -1,381.67 | 240,209.18 |
| 4/30/09 | 22986 | Smith Pachter McWhorter PLC - April 09 Legal- Sprinkle Stewart Expert Witness | 13,153.84 | |
| | 23451 | Smith Pachter McWhorter PLC - AUG 09 LEGAL- SPRINKLE/ STEWART (EXPERT WITNESS) | 750.00 | |
| 6/30/09 | 23203 | Smith Pachter McWhorter PLC - June 09 Legal- Sprinkle Stewart | 780.10 | |
| 5/31/09 | 23087 | Smith Pachter McWhorter PLC - May 09 Legal- Sprinkle/ Stewart (Expert Witness) | 12,008.78 | 26,692.72 |
| 1/1/09 | 281986 | Smith, Currie & Hancock, LLP - Dec. 08 Legal- Sprinkle- Stewart (CMT/ Worley) | 19,700.00 | |
| 1/1/09 | 281284 | Smith, Currie & Hancock, LLP - Nov. 08 Legal- Sprinkle- Stewart (CMT Trucking) | 12,523.00 | |
| 1/31/09 | 282468 | Smith, Currie & Hancock, LLP - Jan. 09 Legal- Sprinkle/ Stewart (CMT) | 32,320.98 | |
| 2/28/09 | 283125 | Smith, Currie & Hancock, LLP - Feb. 09 Legal- Sprinkle/ Stewart (CMT) | 40,873.31 | |
| 3/31/09 | 283589 | Smith, Currie & Hancock, LLP - March 09 Legal- Sprinkle / Stewart (CMT) | 42,959.50 | |
| 4/30/09 | 284265 | Smith, Currie & Hancock, LLP - April 09 Legal- Sprinkle/ Stewart | 58,423.62 | |
| 5/31/09 | 284987 | Smith, Currie & Hancock, LLP - May 09 Legal- Sprinkle / Stewart (CMT) | 38,262.67 | |
| 6/30/09 | 285777 | Smith, Currie & Hancock, LLP - JUNE 09 LEGAL- Sprinkle Stewart | 50,884.00 | |
| 7/31/09 | 286370 | Smith, Currie & Hancock, LLP - July 09 Legal- Sprinkle-Stewart | 48,323.58 | |
| 8/31/09 | 287501 | Smith, Currie & Hancock, LLP - Aug. 09 Legal- Sprinkle/ Stewart | 148,479.10 | |
| 9/30/09 | 287999 | Smith, Currie & Hancock, LLP - Sept 09 Legal- Sprinkle/Stewart | 136,735.40 | |
| 10/31/09 | 288860 | Smith, Currie & Hancock, LLP - Oct 09 Legal- Sprinkle/ Stewart | 15,030.89 | |
| 11/30/09 | 289171 | Smith, Currie & Hancock, LLP - Nov 09 Legal- Sprinkle/ Stewart | 18,125.50 | 680,461.73 |
| 8/24/09 | 291100JM | Birmingham Reporting Service - AUG 09 LEGAL- SPRINKLE STEWART | 417.80 | 417.80 |
| 9/24/09 | 092409 | Catalina M Arata, Ph.d. - Aug. 09 Legal- Sprinkle/ Stewart (Copy of Medical Records) | 65.00 | 65.00 |
| 5/27/09 | 64012 | Complete Rehabilitation Servic - May 09 Legal- Sprinkle/ Stewart | 510.00 | |
| 9/22/09 | 1126 | Complete Rehabilitation Servic - Sept. 09 Legal- Sprinkle/ Stewart | 922.37 | 1,432.37 |
| 8/19/09 | 0059917890 | HealthPort - Aug. 09 Legal- Sprinkle/ Stewart (Medical Records) | 100.03 | |
| 8/21/09 | 0059984101 | HealthPort - Aug. 09 Legal- Sprinkle/ Stewart (USA Medical Center Records) | 195.97 | 296.00 |

| | | | | |
|---|---|---|---|---|
| 5/8/09 | 4/30/09 | Prolegal Copies - April 09 Legal- Sprinkle/ Stewart (Copies of Medical record of Celena Sprinkle and Faith Stewart, Depos and Opinions of Dr. Cander Kolk.) | 428.72 | 428.72 |
| 9/30/09 | 093009 | Ralph C. Nash, Jr. - Sept. 09 Legal- Sprinkle/ Stewart | 2,040.00 | 2,040.00 |
| 5/12/09 | 36A | KCUFA Consulting, LLC - Interview w/ Vincent Bellucci and drafting report on Joe Johnson | 230.00 | |
| 5/12/09 | 36A | KCUFA Consulting, LLC - Mileage roundtrip from Spanish Fort to Bay Minette | 18.00 | |
| 4/28/09 | 35 | KCUFA Consulting, LLC - April 09 Legal- Sprinkle / Stewart | 900.45 | 1,148.45 |
| 10/21/09 | 302425 | Chaffe McCall, LLP - Aug. & Sept. 09 Legal- Hurricane Katrina (Sprinkle & Bonura) | 187.50 | 187.50 |
| | | | | 1,105,611.17 |

| Date | Reference | Trans Description | Debit Amt | Subtotal | |
|---|---|---|---|---|---|
| 8/31/09 | 287498 | Smith, Currie & Hancock, LLP - Aug. 09 Legal- Sprinkle Florida Action | 22,178.00 | | |
| 9/30/09 | 287734 | Smith, Currie & Hancock, LLP - Sept. 09 Legal- Sprinkle Florida Action | 977.00 | 23,155.00 | |
| 9/11/09 | 348110 | Emmanuel Sheppard & Condon - Aug. 09 Legal- Sprinkle/ Stewart | 7,267.29 | | Had been a |
| 10/13/09 | 349452 | Emmanuel Sheppard & Condon - Sept 09 Legal- Sprinkle Florida Action | 7,404.06 | | |
| 9/15/09 | 348530 | Emmanuel Sheppard & Condon - Sept. 09 Legal- Sprinkle/ Stewart | 504.59 | 15,175.94 | |
| | | Total | | 38,330.94 | |