SMITH, CURRIE & HANCOCK LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP THAT INCLUDES PROFESSIONAL CORPORATIONS

Telephone: (404) 521-3800
Facsimile: (404) 688-0671

Reply To:
Karl Dix, Jr.
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227

Direct Dial: (404) 582-8038
kfdix@smithcurrie.com

June 22, 2009

*VIA: mbarnhilljr@att.net*
Mr. Matthew Talbot Barnhill, Jr.
110 Oak Street
Fairhope, AL 36532-2517

**RE: David Stewart, et al v. R. D. Construction, Inc., et al**
**Circuit Court of Mobile County, AL Civil Action No. CV-2007-900950**

Dear Barnhill:

Thank you for taking my call today and discussing your background and scope of expertise with me. This letter will confirm your engagement on behalf of Ceres Environmental Services, Inc. in connection with the above-captioned matter. The adverse parties are David Stewart, Guardian/Conservator for Breana F. Stewart; Patricia Stewart, Guardian/Conservator for Celena L. Sprinkle; and Tracey Lee Stewart; Colonel McCrary Trucking, LLC; and National Casualty Company [Colonel McCrary Trucking, LLC's liability insurer – Ceres had an indemnity agreement with its subcontractor (Colonel McCrary Trucking, LLC)]. The Co-defendants (we are currently cooperating with them though they are potentially adverse) are Auguillard Construction, Inc.; Young's General Contracting, Inc.; Worley's Tree Service, LLC; Category 5 Management, LLC; R. D. Construction, Inc.; Newleaf Disaster Management and Joe Edward Johnson.

Your task will be focused on analyzing the test reports and other associated medical records of Joseph Edward Johnson taken immediately after the accident on July 11, 2007 in the above-captioned litigation. I have attached to this letter a copy of the hospital test report as well as the State Crime Lab test reports that we have obtained. We will ask you to interpret the results of the test reports and opine, if appropriate, regarding the effect of the tested substances on Mr. Johnson's ability to operate a motor vehicle on July 11, 2007 at the time of the accident. We will need a short expert report summarizing your opinions which we are required to disclose to the plaintiffs upon the lifting of the current stay in the case which should occur within the next several days.

We have agreed upon an hourly rate of $250.00 per hour to review the file and a testimonial rate of $350.00 per hour. We are arranging for a payment of $1,000 as a retainer for



EXHIBIT
tabbles
B

your services. Please provide me your wire transfer information so that we may wire you these funds if that is your preference.

Your work will be performed at the direction and request of the attorneys representing Ceres Environmental Services, Inc. in this case, Joel Dillard, Esq., Bill Daniels, Esq., Ed Bowron, Esq., Maura K. Anderson, Esq. and me. Your work is expected to include deposition testimony and, possibly, trial testimony. You have provided us your curriculum vitae which I have attached. We also request that you provide a listing of all other cases in which you have testified as an expert at trial, arbitration or by deposition within the preceding ten years from the date of this letter or your most recent 20 case, whichever is less.

Please be aware that you should maintain a copy of all information or documents considered by you in the formation of your opinions. This includes electronic information, including emails. I suggest you print a copy of every substantive email and attachment and keep a separate paper file of such communications. Also, you should keep a copy of any notes prepared in performing your analysis, but we are not requesting that you keep any drafts of written work products such as disclosures.

Your engagement in this matter should be treated as confidential. We are, however, disclosing your retention as an expert on Ceres' behalf together with your curriculum vitae in a public filing in the case. I greatly appreciate your assistance in this matter and please call me should you have any questions.

Respectfully yours,

SMITH, CURRIE & HANCOCK, LLP

Karl Dix, Jr.
Attorneys for Ceres Environmental Services, Inc.

KD/alg
Enclosures

cc: Mr. Steve Johnson
Mr. David A. McIntyre
Mr. John P. Ulschmid
C. William Daniels, Esq.
Edward G. Isaacs Bowron, Esq.
Joel Dillard, Esq.
Maura K. Anderson, Esq.

# Matthew Talbot Barnhill, Jr.

110 Oak Street • Fairhope, AL 36532-2517
(251) 928-8076


## Education

| | |
|---|---|
| | **Emory University**, Atlanta, Georgia |
| 1966 | B.S., Chemistry (ACS) |
| 1968 | M.S., Physical Chemistry |
| 1975 | Ph.D., Biophysical Chemistry |

## Experience

| | |
|---|---|
| 1971–1976 | **Georgia State Crime Laboratory**, Atlanta, Georgia<br>*Forensic Toxicologist* |
| 1976–1983 | **Alabama Department of Forensic Sciences**<br>Mobile Regional Laboratory, Mobile, Alabama<br>*Forensic Toxicologist* |
| 1978–Present | **American Board of Forensic Toxicology**<br>*Diplomate* |
| 1983–1998 | **Alabama Department of Forensic Sciences**<br>*Toxicology Coordinator* |
| 1992–1998 | **Intoxilyzer® 5000 Operator Training Program**<br>(under auspices of Alabama Implied Consent Act)<br>*Instructor* |
| 1998–2003 (Retired) | **Alabama Department of Forensic Sciences**<br>*Chief Toxicologist* |
| 1986–2003 (Retired) | **Alabama Department of Forensic Sciences**<br>*Assistant Director, Region IV* |
| 1992–Present | **National Laboratory Certification Program**<br>(formerly NIDA Laboratories, now SAMHSA Laboratories)<br>*Inspector* |
| 2003–Present | Consultant in forensic toxicology |

## Specialized Training

| | |
|---|---|
| 1995 | **CMI, Inc.**, Owensboro, Kentucky<br>Intoxilyzer® 5000 Breath Alcohol Analysis Instrument Basic Maintenance, Repair, Operation & Calibration |
| 1995 | **Indiana University**, Bloomington, Indiana<br>Tests for BAC in Highway Safety Programs: Supervision and Expert Testimony |

## Professional Societies

American Academy of Forensic Sciences (AAFS)
Society of Forensic Toxicologists (SOFT)
International Association of Forensic Toxicologists
American Chemical Society
Alabama Association of Forensic Sciences
International Association for Chemical Testing

## Presentations and Publications

Wells, D. J., and M. T. Barnhill, Jr. "Comparative Sensitivity of the Abbott TDX and Other Immunoassay Techniques for Urine Cannabinoid Screening." Presented at SOFT Meeting, Philadelphia, Pennsylvania, 1988

Wells, D. J., and M. T. Barnhill, Jr. "Comparative Results with Five Cannabinoid Immunoassay Systems at the Screening Threshold of 100 ug/L." *Clinical Chemistry* 1989:35/11:2241–2243.

Wells, D. J., and M. T. Barnhill, Jr. "Comparison of Hospital Laboratory Serum Alcohol Obtained by an Enzymatic Method with Whole Blood Values Determined by Gas Chromatography." Presented at TIAFT/SOFT Joint Congress, Tampa, Florida, 1994.

Yates, Tommy, D.O.; Charles B. Odom, M.D.; M. T. Barnhill, Jr., Ph.D.; and James C. U. Downs, M.D. "Deaths Due to Clozapine (Clozaril®)." Presented at the AAFS Annual Meeting, Nashville, Tennessee, 1996.

Wells, D. J., Jr., and M. T. Barnhill, Jr. "Unusually High Ethanol Levels in Two Emergency Medicine Patients." *Journal of Analytical Toxicology* 20 (4):272 (1996).

Martin, Louisa A.; Kelly M. Wood; and M. T. Barnhill, Jr. "Integration of Multiple Spreadsheets for Efficient Quantification and Reporting." Presented at SOFT Annual Meeting, Salt Lake City, Utah, 1997.

Yates, Tommy, D.O.; M. T. Barnhill, Jr., Ph.D.; and J. C. Upshaw Downs, M.D. "Intrauterine Fetal Death Associated with Tramadol (Ultram®)." Presented at the AAFS Annual Meeting, San Francisco, California, 1998.

Barnhill, Matthew T., Jr.; Donald Herbert; and David J. Wells, Jr. "Comparison of Hospital Laboratory Serum Alcohol Levels Obtained by an Enzymatic Method with Whole Blood Levels Forensically Determined by Gas Chromatography." *Journal of Analytical Toxicology* 31 (1):23–30 (2007).

Sample Report 07/11/07 17:16 Page 1

NORTH BALDWIN INFIRMARY LABORATORY
1815 HAND AVE.
BAY MINETTE, AL. 36507
251-580-1751

PATIENT INFORMATION

PATIENT ID: 071959JOH
PATIENT NAME: JOHNSON, JOE
BIRTHDATE: 07/19/1959 AGE: 47Y SEX: M
DOCTOR: PREWETT
LOCATION: EMERGENCY RM. ROOM:
PID COMMENT:
SID COMMENT:

SAMPLE INFORMATION

SAMPLE ID: 8364
COLL: 07/11/07 17:02
STAT: N
ACCT#:464557

| TEST NAME | PATIENT RESULTS | UNITS | LOW | HIGH | CODES |
|---|---|---|---|---|---|
| ********** Panel: URINE DRUG SCREEN | | ********** | | | |
| PHENCYCLIDINE | NEGATIVE | | Negative | | QC |
| BENZODIAZEPINES | NEGATIVE | | Negative | | QC |
| COCAINE | POSITIVE * | | Negative | | QC |
| AMPHETAMINES | NEGATIVE | | Negative | | QC |
| THC | NEGATIVE | | Negative | | QC |
| OPIATES (MORPHINE) | NEGATIVE | | Negative | | QC |
| BARBITURATES | NEGATIVE | | Negative | | QC |
| TRICYCLIC ANTIDEPRE. | NEGATIVE | | Negative | | QC |

R. .ult Code Expansion

QC INTERNAL QC IS ACCEPTABLE

Stewart 0036

. ISON, JOE
EMERGENCY RM. ROOM:

07/11/07 17:16
REVIEWED BY:

Sample Report 07/11/07 16:49 Page 1

NORTH BALDWIN INFIRMARY LABORATORY
1815 HAND AVE.
BAY MINETTE, AL. 36507
251-580-1751

PATIENT INFORMATION
PATIENT ID: JOHNSON
PATIENT NAME: JOHNSON, JO
BIRTHDATE: AGE: SEX:
DOCTOR: PREWETT
LOCATION: EMERGENCY RM. ROOM:
PID COMMENT:
SID COMMENT:

SAMPLE INFORMATION
SAMPLE ID: B357
COLL: 07/11/07 16:15
STAT: Y
ACCT#:

| TEST NAME | PATIENT RESULTS | | UNITS | LOW | HIGH | CODES |
|---|---|---|---|---|---|---|
| ********** Panel: TRAUMA PROFILE | | | ********** | | | |
| WBC | 10.6 | H | 10^3/ul | 4.2 | 10.0 | |
| neutro | 61 | | % | 42 | 75 | |
| lymphs | 26 | | % | 21 | 52 | |
| monos | 8 | | % | 3 | 13 | |
| eosin | 6 | | % | 1 | 10 | |
| baso | 1 | | % | 0 | 5 | |
| RBC | 5.01 | | 10^6/ul | 3.55 | 6.12 | |
| Hemoglobin | 15.8 | | g/dl | 11.3 | 17.4 | |
| Hematocrit | 47.6 | | % | 33.4 | 52.8 | |
| MCV | 95.0 | | fl | 76.7 | 101.3 | |
| [illegible] | 31.6 | | pg | 27.0 | 34.0 | |
| [illegible] | 33.2 | | g/dl | 32.0 | 36.0 | |
| RDW | 11.9 | | % | 9.9 | 15.5 | |
| Platelet count | 275 | | 10^3/ul | 140 | 440 | |
| MPV | 7.8 | | fl | 7.4 | 10.4 | |
| Prothrombin Time | 11.6 | | sec. | 10.8 | 13.2 | |
| INR | 0.94 | | | | | |
| APTT | 29.6 | | sec. | 26.2 | 36.7 | |
| Glucose | 97 | | mg/dl | 70 | 110 | |
| Sodium | 141 | | mmol/l | 135 | 145 | |
| Potassium | 4.0 | | mmol/l | 3.6 | 5.0 | |
| Chloride | 109 | | mmol/l | 101 | 111 | |
| CO2 | 28.0 | | mmol/l | 21.0 | 35.0 | |
| Anion Gap | 8.0 | | mmol/l | 5.0 | 15.0 | |
| BUN | 9 | | mg/dl | 6 | 20 | |
| Creatinine | 1.0 | | mg/dl | 0.5 | 1.2 | |
| Pancreatic Amylase | 19 | | U/l | 0 | 46 | |
| Alcohol | 2.9 | | mg/dL | 0.0 | 5.0 | |
| GROUP/TYPE | O POS | | | | | |

Stewart 0038

JSON, JO
EMERGENCY RM. ROOM:

07/11/07 16:49
REVIEWED BY: ____________

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7028

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5818

RECEIVED SEP 17 2007

# TOXICOLOGICAL ANALYSIS REPORT

Suspect
JOHNSON, JOE EDWARD

Case No.
07MB06353

Report to: Officer Stanley Portenga
Bay Minette Police Department
P. O. Box 1208
Bay Minette, AL 36507

Case Date: 07/12/2007
Reported: 09/10/2007
Agency Case No.: 0707008

Evidence received (including subitems)

| Item | Specimen | Received From | Agency | Date |
|---|---|---|---|---|
| 1 | Toxicology specimen(s) | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1A | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1B | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1C | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1D | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1E | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1F | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1G | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1H | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |
| 1I | Blood | Sgt. W.T. Parker | Bay Minette Police Department | 07/12/2007 |

Evidence analyzed (including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1A | Blood | Ethanol | Negative | HS/GC | |
| 1B | Blood | Cocaine and/or metabolites | P | EIA | |
| 1B-1E | Blood | Other drugs | ND | GC/MS | |
| 1F-1I | Blood | Reference laboratory analysis | | | 3 |

Footnotes

ND - None detected
P - Present but not quantified
3 - Analysis was conducted by a reference laboratory; report is attached.

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7028

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-6918

## TOXICOLOGICAL ANALYSIS REPORT

| Suspect | Case No. |
|---|---|
| JOHNSON, JOE EDWARD | 07MB06353 |

Comments

Evidence was received in a sealed biological specimens kit.

A complete report includes a 2-page reference report.

Items 1A - 1I were labeled, in part, "...Joe Johnson 7/19/59...".

SCOPE OF DRUG ANALYSIS LIMITED TO THE FOLLOWING:
Amphetamine class, barbiturate class, benzodiazepine class, cocaine and/or metabolite(s), methadone, opiate class, carisoprodol/meprobamate, cyclobenzaprine, dextromethorphan, diphenhydramine, doxylamine, meperidine, propoxyphene/norpropoxyphene, tramadol, zolpidem, cannabinoid class.

*Remaining evidence will be disposed 24 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*

Mary E. Langham 09/04/2007

Mary E. Langham, MPH
Forensic Scientist

End of Report

NMS LABS

NMS Labs
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

Report Issued 08/08/2007 17:01

Patient Name JOHNSON, JOE
Patient ID 07MB06353
Chain 10739862
Age Not Given Gender Not Given

20007
Alabama Department of Forensic Science
Attn: Brenda Jay
Mobile Div.- PO Box 7925
Mobile, AL 36670

Workorder 07230473

Received 08/07/2007 16:44

This analysis was performed under chain of custody. The chain of custody documentation is on file at NMS Labs.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) weeks from the date of this report; and generated data will be discarded five (5) years from the date of this report.

---

Sample ID 07230473-001
Matrix Blood
Patient Name JOHNSON, JOE
Patient ID 07MB06353
Container Type Gray Vial

Collect Dt/Tm Not Given
Source Not Given

Approx Vol/Weight 1.5 mL

Receipt Notes None Entered

| Analysis and Comments | Result | Units | Reporting Limit | Notes |
|---|---|---|---|---|
| **8264B Cocaine and Metabolites, Blood (Forensic)** | | | | |
| Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) | | | | |
| Cocaine/Metabolites | See Comment | ng/mL | 20 | |
| Comment: This screening result indicates that further testing is required. Refer to the test results reported below. | | | | |
| Analysis by Gas Chromatography/Mass Spectrometry (GC/MS) | | | | |
| Cocaine | None Detected | ng/mL | 20 | |
| Following oral or nasal intake of 2 mg/kg: Up to 200 ng/mL | | | | |
| Cocaethylene | None Detected | ng/mL | 20 | |
| Synonym(s): Cocaine/Ethanol By-Product | | | | |

Results for sample 07230473-001 are continued on next page

Appendix A
Received 8-13-07 [initials]



V.32

NMS LABS

NMS Labs
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, DABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

Sample ID 07230473-001
Matrix Blood
Patient Name JOHNSON, JOE
Patient ID 07MB08353

Collect Dt/Tm Not Given
Source Not Given

| Analysis and Comments | Result | Units | Reporting Limit | Notes |
|---|---|---|---|---|
| Benzoylecgonine<br>Synonym(s): Cocaine Degradation Product | 280 | ng/mL | 50 | |

Appendix A
Received 8-13-07 Mel



V.32

Matthew Talbot Barnhill, Jr.
110 Oak Street
Fairhope, AL 36532-2517

Check Number: 11036
Check Date: Jun 23, 2009
Check Amount: $1,000.00

| Item to be Paid | Memo: Retainer | Amount Paid |
|---|---|---|
| Retainer | | 1,000.00 |

Memo: Retainer

Jun 23, 2009 1,000.00

One Thousand and 00/100 Dollars

Matthew Talbot Barnhill, Jr.
110 Oak Street
Fairhope, AL 36532-2517

Matthew Talbot Barnhill, Jr.
110 Oak Street
Fairhope, AL 36532-2517

Check Number: 11036
Check Date: Jun 23, 2009
Check Amount: $1,000.00

| Item to be Paid | Amount Paid |
|---|---|
| Retainer | 1,000.00 |

Memo: Retainer