BIRMINGHAM REPORTING SERVICE

600 NORTH 20TH STREET, SUITE 205
BIRMINGHAM, AL 35203 205-326-4444
FEDERAL TAX ID 63-1192569

| DATE | INVOICE NO. |
|---|---|
| 10/8/2008 | 289082NP |

| BILL TO |
|---|
| WILLIAM DANIEL<br>BURR FORMAN<br>41 WEST I-6 / 5SERVICE ROAD NORTH<br>COLONIAL BANK CENTRE / SUITE 400<br>MOBILE, AL 36608 |

| DATE TAKEN | REPORTER |
|---|---|
| 9-30-08 | N. PANNELL |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: STEWART VS. JOHNSON | |
| DEPOSITION(S) OF: TIM PARKER | |
| ONE COPY | 252.00 |
| EXHIBITS | 6.00 |
| DATA CD | 25.00 |
| POSTAGE & HANDLING | 8.25 |
| FEDERAL TAX ID #<br>63-1192569 | **Total** $291.25 |

BIRMINGHAM REPORTING SERVICE
600 NORTH 20TH STREET, SUITE 205
BIRMINGHAM, AL 35203 205-326-4444
FEDERAL TAX ID 63-1192569

| DATE | INVOICE NO. |
|---|---|
| 12/16/2008 | 281064JM |

received
12-19-08

| BILL TO |
|---|
| KARL DIX, JR.<br>SMITH, CURRIE, & HANCOCK<br>2700 MARQUIS ONE TOWER<br>245 PEACHTREE CENTER AVE N.E.<br>ATLANTA, GA. 30303 |

| DATE TAKEN | REPORTER |
|---|---|
| 11-19-08 | J. MOORE |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: STEWART VS. CERES | |
| DEPOSITION(S) OF: DOROTHY SIMS | |
| ONE COPY | 457.80 |
| EXHIBITS | 5.40 |
| DATA CD | 30.00 |
| POSTAGE & HANDLING | 8.00 |

...RED
3079 ...

| FEDERAL TAX ID #<br>63-1192569 | **Total** | $501.20 |
|---|---|---|

Birmingham Reporting Service
600 Noth 20th Street
Suite 205
Brimingham, AL 35203

Check Number: 10476
Check Date: Apr 8, 2009
Check Amount: $792.45

| Item to be Paid | Memo: | Amount Paid |
|---|---|---|
| __)082 | | 291.25 |
| 281064 | | 501.20 |

Memo:

Apr 8, 2009 792.45

Seven Hundred Ninety-Two and 45/100 Dollars

Birmingham Reporting Service
600 Noth 20th Street
Suite 205
Brimingham, AL 35203

Birmingham Reporting Service
600 Noth 20th Street
Suite 205
Brimingham, AL 35203

Check Number: 10476
Check Date: Apr 8, 2009
Check Amount: $792.45

| Item to be Paid | Amount Paid |
|---|---|
| 289082 | 291.25 |
| 281064 | 501.20 |

Memo:

BIRMINGHAM REPORTING SERVICE

600 NORTH 20TH STREET, SUITE 205
BIRMINGHAM, AL 35203 205-326-4444
FEDERAL TAX ID 63-1192569

| DATE | INVOICE NO. |
|---|---|
| 8/24/2009 | 291100JM |

| BILL TO |
|---|
| WILLIAM DANIEL<br>BURR FORMAN<br>41 WEST I-6 / 5SERVICE ROAD NORTH<br>COLONIAL BANK CENTRE / SUITE 400<br>MOBILE, AL 36608 |

| DATE TAKEN | TERMS | REPORTER |
|---|---|---|
| 11-19-08 | Net 30 | J. MOORE |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: STEWART VS. CERES<br>DEPOSITION(S) OF: DOROTHY SIMS<br>ONE COPY (E-TRAN ONLY) | 417.90 |

A 1 1/2% late charge per month will be applied to overdue invoices.

| | |
|---|---|
| **Total** | $417.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $417.90 |