# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CERES ENVIRONMENTAL SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION 09-0642-WS-B ) |
| COLONEL MCCRARY TRUCKING, LLC, | ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Court's orders of February 24, 2011 and May 17, 2011, the plaintiff shall have and recover from the defendant the sum of $4,018,293.16. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff Ceres Environmental Services, Inc. and against defendant Colonel McCrary Trucking, LLC.

DONE this 17th day of May, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE